

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2021

No. 04-21-00413-CV

**THE CITY OF LAREDO** and City of Laredo Municipal Civil Service Commission,
Appellants

v.

Tony H. **MORENO,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVK-001767D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

We **grant** the motion and **order** appellant's brief filed by **December 1, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court